## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

IN RE:
EARLE KEITH BEGLEY                                              Case No. 15-61499
DEBTOR

## MOTION TO REDEEM PROPERTY

Debtor hereby moves the court pursuant to section 722 of title 11, United States Code, for an order permitting the debtor to redeem an item of tangible personal property from a lien securing a dischargeable consumer debt.

The item of personal property involved is 2011 Yamaha Vstar 94 motorcycle which is intended primarily for personal, family or household use.

The security interest of SYNCB/Yamaha in said property, except as to the extent of the amount of the allowed secured claim of said creditor, is a dischargeable consumer debt.

The amount of the allowed claim of said creditor has been or should be fixed by the court as the sum of $200.00.

Wherefore, the debtor moves the court for an order permitting the debtor to redeem said property by paying said creditor the aforesaid sum, and finding that the remainder of the claim of said creditor is a dischargeable consumer debt.

/s/ Ryan Atkinson
RYAN ATKINSON
Atkinson Simms & Kermode
1608 Harrodsburg Road
Lexington, KY 40504
859-225-1745
859-254-2012
rra@ask-law.com
Attorney for Debtor

## NOTICE

Please take notice that, unless within 21 days from the date of service of this order, you, as lienholder, file a response to the motion and a request for and notice of hearing on the response, an order may be entered sustaining the motion, permitting the debtor to redeem the property from your lien for the amount indicated, and finding that the balance of the indebtedness owed to you by the debtor is an unsecured, dischargeable consumer debt.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing motion to redeem property was served by first class, postage prepaid upon the following this 15th day of February 2016:

Trustee

SYNCB/Yamaha
Attn: Registered Agent
PO Box 6153
Rapid City, SD 57709

HSBC Bank Nevada NA
Attn: Registered Agent
PO Box 660070
Sacramento, CA 95866


/s/ Ryan Atkinson
ATTORNEY FOR DEBTOR