UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:
EARLE KEITH BEGLEY                                    Case No. 15-61499
DEBTOR

ORDER

This matter having come before the Court upon motion of the debtors to redeem pursuant to section 722 of title 11, United States Code, no objection thereto having been filed, and the Court having reviewed the record;

IT IS HEREBY ORDERED THAT the Debtor's motion is SUSTAINED and the order permitting the debtor to redeem the 2011 Yamaha Vstar 94 by paying SYNCB/Yamaha $200.00, and finding that the remainder of the claim of said creditor is a dischargeable consumer debt.

Copies to:

Trustee

SYNCB/Yamaha
Attn: Registered Agent
PO Box 6153
Rapid City, SD 57709

HSBC Bank Nevada NA
Attn: Registered Agent
PO Box 660070
Sacramento, CA 95866

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, March 11, 2016**
(tnw)